UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 2426**

CHRISTOPHER ROSS

(In the space above enter the full name(s) of the plaintiff(s).)

v.

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Defendant No. 1 __WESTCHESTER COUNTY__

Jury Trial: Yes _x_ No ___
(check one)

Defendant No. 2 __TOWN OF MOUNT PLEASANT__

Defendant No. 3 __DETECTIVE LORENZO A. GRIPPO__

Defendant No. 4 _____

Defendant No. 5 _____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name __CHRISTOPHER ROSS 8076__
ID # _____
Current Institution __WESTCHESTER COUNTY JAIL__
Address __P.O. BOX 10__
__VALHALLA, N.Y. 10595__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1      Name **WESTCHESTER COUNTY**         Shield # _____
                     Where Currently Employed _____
                     Address **148 MARTINE AVENUE**
                             **WHITE PLAINS, NEW YORK 10601**

Defendant No. 2      Name **TOWN OF MOUNT PLEASANT**      Shield # _____
                     Where Currently Employed _____
                     Address **1 TOWN HALL PLAZA**
                             **VALHALLA, NY**

Defendant No. 3      Name **DET LORENZO A GRIPPO**        Shield # **D96**
                     Where Currently Employed **WESTCHESTER COUNTY POLICE**
                     Address _____

Defendant No. 4      Name _____                         Shield # _____
                     Where Currently Employed _____
                     Address _____

Defendant No. 5      Name _____                         Shield # _____
                     Where Currently Employed _____
                     Address _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? _____
**WESTCHESTER COUNTY JAIL**

B. Where in the institution did the events giving rise to your claim(s) occur? _____

C. What date and approximate time did the events giving rise to your claim(s) occur? _____
**NOVEMBER 20, 2009**

D. Facts:

*What happened to you?*

On December 2, 2009 Detective Lorenzo A. Grippo of the Westchester County Department County Police Department file a felony complaint against the Plaintiff Christopher Ross for Assault in the Second Degree Correctional Facility ( Class D Felony . Soon thereafter the Dectective Lorenzo A. Grippo filed a superseding misdemeanor complaint accusing

*Who did what?*

the Plaintiff of Assault in the Third Degree committed at the Westchester County Jail Town of Mount Pleasant, County of Westchester on or about NOvember 20, 2009 at approximately 10:32 AM.

*Was anyone else involved?*

All charges were dismissed on July 22, 2010 based on the fact that the District Attorney was unable to produce a supporting disposition in the case at hand The plaintiff was adjudicated and cleared of all charges.

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

FALSE ARREST 1,000,000.00. FALSE IMPRISONMENT 1,000,000.00
MALICIOUSMPROSECUTION 1,000,000.00

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ___ No ___

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _x_    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No _x_    Do Not Know ____

If YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ____    No ____    Do Not Know ____

If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No _x_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No _x_

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. ~~Which claim(s) in this complaint did you grieve?~~ _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

G. If you did not file a grievance, did you inform any officials of your claim(s)?

4

Yes ____ No ____

1. If YES, whom did you inform and when did you inform them? _____
_____
_____

2. If NO, why not? _____
_____
_____
_____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the court to do for you. _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI. Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No _x_

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If

5

there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____
_____

<div style="border:1px solid; display:inline-block">On other claims</div>

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___ No _x_

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____

2. ~~Court (if federal court, name the district; if state court, name the county)~~ _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit: _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____
_____

Signed this 22 day of MARCH, 20 11 I declare under penalty of perjury that the foregoing is true and correct.

                            Signature of Plaintiff  *Christopher Ross*
                            Inmate Number 8076
                            Mailing address

                            P.O. BOX 10
                            VALHALLA, NY 10595

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of MARCH, 20 11 I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                            Signature of Plaintiff:  *Christopher Ross*

rev. 09/04